# United States District Court
### Eastern District of North Carolina
### Western Division

**FILED**

**JUL 07 2025**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:25-CT-3142-BO

(To be filled out by Clerk's Office only)

Mr. Tracey Terrell Grady
*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0151408

# COMPLAINT

-against-

*(Pro Se* Prisoner)

Case manager, Mrs. sampson, etal
Warden, Mary locklear, etal
Dr. Cummings etal, Nurse ATKins, etal
unit manager, mr. lamB, Sgt. Barnes, etal, mr. locklear.
psychologist Dr. laub, Dr. faulk, etal

Jury Demand?
☑ Yes
☐ No
unit manager

*(In the space above enter the full name(s) of the defendant(s). If you cannot*
*fit the names of all of the defendants in the space provided, please write*
*"see attached" in the space above and attach an additional sheet of paper*
*with the full list of names. The names listed in the above caption must be*
*identical to those contained in Section IV. Do not include addresses here.)*

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Name

Tracey Terrell Grady

Prisoner ID #

0151408

Place of Detention

Scotland Correctional Institution #4860

Institutional Address  22385 mc Girts Bridge road

Laurinburg                          N.C.                    28353-6602
City                                       State                   Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee   ☐ State   ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:   <u>mary locklear, etal,</u>
Name

<u>Prison warden</u>
Current Job Title

<u>22385 McGirts Bridge road</u>
Current Work Address

<u>Lauringburg</u>          <u>N.C.</u>          <u>28,353-6602</u>
City                      State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2:   <u>Mrs. sampson, etal, Mr. Barnes etal,</u>
Name

<u>my case manager  seargent on Tan unit</u>
Current Job Title

<u>Scotland correctional institution, 4860</u>
Current Work Address <u>22385 McGirts Bridge road</u>

<u>Lauringburg</u>          <u>N.C.</u>          <u>28353-6602</u>
City                      State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _UNit manager, mr. lamb, and mr. locklear, et al,_

Name _Dr. Cummings Nurse ATKIns et al mrs. faulK_

_all staff Defendants at scotland c. I._

Current Job Title

_22385 mCGirts Bridge road_

Current Work Address

_Lauringburg_          _N. C._          _28353-6602_

City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Scotland Correctional Inst 4860

Date(s) of occurrence: June 23rd through July 4th 2025

State which of your federal constitutional or federal statutory rights have been violated:

The Eighth Amend, the fourteenth amend, the fifth Amend
The first Amend, failure to shield and protect
Deliberate Indifferent abuse and Neglect

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

CONSpiracy add Neglect, abuse BY Staff.
While ON suicide watch unitmanagers mr. locklear
and mr. lamB, advised sgt. Barnes to Trash my property
Dr. Cummings and Head Nurse aTKiNS TOOK all
my medication in reprisal for my Grievances a
Illegal act of retaliations four eyedrops
used to Treat Glaucoma high eye pressures
risperdol Psych medication denied by staff
(i)nurses. Hunt, Nurses, short in morning and Night
The psychologist, mrs. faulk, Dr. LouB all
Saw me being abused and Neglected, But fail to act
I was Not given proper mental health Treatment upon request
while on suicide watch, I was Not given clean clothes a
shower staff contributed to my mental break down pain.
Mary locklear and the listed staff acted in Concert
sgt. Barnes. unit Managers mr. locklear and mr. lamB
Illegally coersed othere staff a conspiracy
To Target harras and single me out Through
Bias Deliberate Indifferences I was denied
Mail The Grievance process medical treatments
BY Dr. Cummings Dr. LouB Dr. faulK
Nurse short Nurse Hunt They all Conspired togethere
officers. Jones and GiBson assisted sgt. Barnes
IN Illegally Trashing my mail and personal property
Some Names were NOT listed do to space on front cover sheet

Who did what to you?

Grady VS Jammie Bullard, et al,
NO. 5:22-CT-3125-BO at Tabor C.I.

→

**What happened to you?**

The Head warden, mary locklear new about
The federal law suit file ON Tabor city C.I. staff
and my many Grievances file at scotland C.I.
mail to the Director of prisons, she Illegally
conspired with unit managers mr. locklear,
and mr. lamB To stop and Trash all my mail
and Grievances, she fail to act upon the
letters and request mail to her for Investigation
I was gang rape in the shower Because
my case manager, mrs. sampson pull up all
my old charges of rape and Kidnapping
and showed paper work to gang members
who forced a broom up my rectum seen

**When did it happen to you?**

ON video footage on taiV unit I reported
The Assault prea rape To sgt. Barnes
who stated good thats what you get for being
a rapist, I was also denied protected custody
later I wrote a mental health refferal saying
I was going to Kill my self sgt. Barnes was
forced to place me ON suicide watch BY law
Thats when he Trashed all my personal property
along with officers, GiBSON and Jones Illegally

**Where did it happen to you?**

There was a ongoing conspiracy I was Targeted
BY staff showing reprisals and retaliations they were
Deliberate INdifferent, to all my safety housing needs
I was abused and Neglected inJured this was
felony oBstruction of Justice and conspiracy
I reported the prea to head Nurse atKins
who denied me treatment NO INvestigation
was conducted perpolicy and law a felony
while Being Transferd from one suicide cell to a
Nother staff used excessive force ON ME
seen Video they would Not give there names
sgt. Barnes witness the incident But fail to act
I reported the incident to mr. locklear and mr. lamB

**What was your injury?**

I was sexually assaulted abused held against my will seen on cell block video footage, Note I had a Broom forced up my ANUS until I Bleed out I was denied medical treatment by staff I sufferd mentally and physically I feel mrs. SAMPSON played a roll in the rape prea and should be prosecuted in the court of law as cessary after the fact and Before, the fact staff fail to follow legal procedures and policy No INCident report or prea INVESTIGATION was file or a felony police report I sufferd cruel and unusual punishment a violation of the Eighth Amendment Unethical and unconstitutional Not prohibited by law. my personal property was Illegally Trashed I was denied the Grievance process and mail and phone priviliges to stop me from filing a law suit in this matter I Tried to Kill my self Suicide I could Not live with the pain and agony stree Depression mrs. fault the prison psychologist fail to give proper mental health services all my refferrals went unanswered DR. Kruß the Head psychologist fail to help or assis me I rectum was Damaged and I was push out my wheel chair after pull up over and over again having a Broom push up my rectum all the listed Defendants New about this prea rape and seen the cell Block video and covered up and lied IM still in pain. can't use the Bath room lusing my mind.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

Staff allowed me to file one grievance
The othere I mail to the Director of prisons
I Exhausted to the Best of my ability
Staff retaliated against me Illegally
I filed many Grievances to be Trashed

Is the grievance process completed?  ☑ Yes  ☐ No

If no, explain why not:

Staff Deliberately Denied me the Grievance
Appeal process in a times fashion
I mail my confidential emergency Grievance
To The Director of prison about the rap and Trashing
property by Sgt. Barnes, and medical staff

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Grant me a Jury Trial I seek monetary for
500,000, awarded compensation
I wish to proceed under emminent danger of fear
Of body Injury or Death I wish to file rape charges
on the Inmates who forced the broom up my rectum
I seek Punitive and monetary Damages as a relief
I seek a police S.B.I. probe Investigation
I ask that the video of the rape be subpoenaed.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

> Grady vs Dimmie Bullard, et al ←

If yes, how many? NO. 5:25-CT-3125-BO ←

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Property was Trashed by sgt. Barnes

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

JUNE 30th 2025
Dated

Plaintiff's Signature

Tracey Terrell Grady
Printed Name

0151408
Prison Identification #

22385 McGints Bridge road
Prison Address      Louring burg City      N.C State      Zip Code
                                           NbC       283536602

Page 10 of 10

ATTached sheet
* closing legal Arguments *

Dr. cummings, and Nurse ATKins, New I had sireaus
Gloucoma They took all my medications unJustly
I sufferd pain agony they were Deliberate Indifferent to
all my medical needs this was a intentional act, BY staff
my psych medication was also Taken the mind controle pille
The four eye drops used to lower my eye pressure, was Taken
when I reported the sexual assault they ordered no prea
Ivestigation or Incident report or physical examination
Perpolicy and law, they fail to follow pegal Procedures.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Dr. laub, over mental health, and Dr. faulk, Psychologist,
Denied me mental health services after all my medications
were Taken, knowing I was on suicide watch Insane
I sufferd Neglect, and Deprevation, Pain, and agony
They Intentionally acted through malice, and reprisal's
and retaliations for my many Trashed Grievances Illegal
I was denied mental health, sickcalls, by scotland c.I. staff
* * x * * * * * * x * * * * * * * * * * * * * * * * * * * *
case manager, mrs. sampson, gave gang members my pass
criminal history that I was accused, of rape, and kidnapping
The Incident was seen on cell Block video footage when
They ran in the shower, pull me out my wheel chair and ran a
Broom up my ANus hole a sexual assault causing Damage
she acted in concert accessory to a crime a set up
I was Illegally Targeted, and since i tried to jojn my

ATTached sheets
Closing legal Arguments
and CONCLUSiON

Nurse, Hunt, and Nurse Short, was Illegally coersed
BY Head Nurse ATKINS Not to give me my medication
They were Deliberate INdifferent to my medical Needs
They all conspired to hurt Me a INTENTional act
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Unit manager, mr. lamB, and unit manager, mr. locklear, all
CONspired together, and lied for sgt. Barnes, a cover up
KNowing he Trashed all my personal property INTENTionally
They held me ON lock up after I came off suicide watch
30 days without change of clothes, a weekly Bath Note
This Illegal act, violates policy and legal procedures
I sufferd Neglect, and Deprivation, Through malice .
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
Head warden, mary locklear, KNowed I was Illegal
being abused, and Neglected, through my many letters to her
She fail to act iN her JOB capacity, I mail Grievances To The
Director that was mail back to her for INvestigation
She upheld her staff and fail to order a prea sexual
assault INvestigation or contack the police or
file a INcident report, as warden at scotland c.T.
She New I was Being held ON segregation lock up for
30 Day without medical treatment, and medications plus
I had No Bath or clean clothes UNsanitary conditions
There was a ongoing conspiracy, I was Targeted single out